AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

___ DISTRICT OF ___ MASSACHUSETTS ___

UNITED STATES OF AMERICA

V.

CARLOS ZAPATA

**CRIMINAL COMPLAINT**

CASE NUMBER: 01-M00013-LPC

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. ~~On or about~~ Between September 4, 1999 and January 3, 2001 in Essex county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense)

move and travel in interstate and foreign commerce with intent to avoid prosecution, custody and confinement after conviction under the laws of the Commonwealth of Massachusetts for the crimes of assault and battery with a dangerous weapon, armed assault in a dwelling, aggravated rape, and breaking and entering in the nighttime, in violation of M.G.L. ch. 265, Sections 15A, 18A and 22, and of M.G.L. ch. 266, Section 16A, all crimes which are felonies under the laws of the Commonwealth of Massachusetts from which said Carlos Zapata fled.

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __Special Deputy U.S. Marshal__ and that this complaint is based on the following
                                         Official Title
facts:

set forth in the attached affidavit of Mark S. Lynch which is incorporated herein for all purposes.

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Mark S. Lynch   Signature of Complainant

Sworn to before me and subscribed in my presence,

03-02-2001                                    at              Boston, Massachusetts
Date                                                          City and State

Lawrence P. Cohen
United States Magistrate Judge                _____
Name & Title of Judicial Officer              Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

**AFFIDAVIT**

March 2, 2001
Boston, Massachusetts

I, Mark S. Lynch, Special Deputy United States Marshal, being duly sworn, depose and state as follows:

1. I am a Sergeant with the Massachusetts State Police currently assigned to the High Intensity Drug Trafficking Area (HIDTA) Fugitive Task Force.

2. The Essex County District Attorney's Office has requested the assistance of the HIDTA Fugitive Task Force in the location and apprehension of CARLOS ZAPATA.

3. I have reviewed records of the Essex County District Attorney's Office and have been advised by Essex County First Assistant District Attorney Robert N. Weiner of the following:

   a. CARLOS ZAPATA was charged with the crimes of assault and battery with a dangerous weapon, armed assault in a dwelling, aggravated rape, and breaking and entering in the nighttime with intent to commit a felony pursuant to complaints that was issued on September 7, 1999 in the Salem District Court in Essex County, Massachusetts;

   b. The crimes of assault and battery with a dangerous weapon, armed assault in a dwelling, aggravated rape, and breaking and entering in the nighttime with intent to commit a felony are felonies under Massachusetts General Laws, Chapter 265, Sections 15A, 18A and 22, and Chapter 266, Section 16A;

   c. On September 7, 1999, an arrest warrant was issued

out of the Salem District Court in Essex County, Massachusetts for the apprehension of CARLOS ZAPATA;

    d. An investigation by the Massachusetts State Police has determined that CARLOS ZAPATA is no longer residing in the Commonwealth of Massachusetts;

    e. Law enforcement efforts to locate CARLOS ZAPATA within the Commonwealth of Massachusetts have been unsuccessful;

    f. It is believed that CARLOS ZAPATA has fled the Commonwealth of Massachusetts and may have traveled to New York or Florida;

    g. The Essex County District Attorney's Office will rendite CARLOS ZAPATA if he is apprehended outside the District of Massachusetts.

    4. Attached hereto and made a part hereof is a true copy, pursuant to M.G.L. Ch. 276, sec. 23A, of the arrest warrant issued by the Salem District Court in Essex County, Massachusetts on September 7, 1999.

    5. Based upon the foregoing facts and upon my experience and training as a Massachusetts State Police Sergeant and a Special Deputy U.S. Marshal, I believe that there is probable cause to believe that CARLOS ZAPATA has fled the Commonwealth of Massachusetts to avoid prosecution for a crime which is a felony under the laws of the Commonwealth of Massachusetts, and that CARLOS ZAPATA may presently be located in New York or Florida.

I hereby certify that the foregoing is true and correct.

Executed at Boston, Massachusetts, this 2nd day of March, 2001.

_____
MARK S. LYNCH
Special Deputy U.S. Marshal

Subscribed and sworn to before me this 2 day of March, 2001.

_____
LAWRENCE P. COHEN
United States Magistrate Judge

3

Return of Service _____

_____ The defendant has been arrested as ordered by the court.
_____ I am returning the warrant without service to the court.

_____  _____  _____  _____
Date of Arrest  Signature of Person    Title of Person     Department
                Making Service         Making Service      If different


----------ZAPATA,CARLOS----------         --W5037420----------
     Commonwealth of Massachusetts   Criminal Justice Information System
          Trial Court of Massachusetts - Warrant Management System
Pursuant to Massachusetts General Laws ch.276 s.23A this is a TRUE WARRANT on
the person named herein as contained in the Warrant Management System and
printed via Criminal Justice Information System.
This Warrant Printed as of 15:16 on 01/25/01

Defendant Information:
    Name: ZAPATA,CARLOS                           SS#: 013761877
    Address: 75 HARBOR ST                         Race: B       Sex: M
             APT 325                              Hair: BLK     Eyes: BRO
    City: SALEM              MA 01970             Weight: 160  Height: 5'00"
                                                  Complexion:        Marks:
    Date of Birth: 09/05/1975  Place of Birth: NE  Date of Emancipation: 00/00/0000
    Father: ZAPATA,CARLOS                Mother:
    Known Alias:                                  Ref No: W5037420
                                                  FBI No:

    License No:                                   Misc No:
    License State: MA         Obtn No:            CC No: 225337

Warrant Information:                              Docket: 9936CR002058
    Issue Date: 09/07/1999  Court of Issue: 36  - SALEM DISTRICT
        Type: S - STRAIGHT                                              47028
    Date of Complaint: 09/07/1999
        Offense Date: 09/04/1999  Offense Location: SALEM

    **************************** Charges ****************************
    Count    Offense Code              Description
      1  F   265/15A/A         A&B WITH DANGEROUS WEAPON    C265 S15A
      1  F   265/18A           ASSAULT IN DWELLING, FIREARM-ARMED C265 S18A
      1  F   265/22/B          RAPE, AGGRAVATED  c265 S22
      1  F   266/16/A          B&E NIGHTTIME FOR FELONY  c266 S16

Court Information: STRAIGHT WARRANT
Assigned for Service To: SAL  - SALEM PD
Warrant printed by:        NAR  DANVERS SP - NARCOTICS
                                                  Fine Amount:
Officer Name:                                     Bail Amount:
Judge's Name: CORNETTA,ROBERT                     None set
Return Date/Time: 00/00/0000 00:00   Recall Date/Time: 00/00/0000 00:00

                    * * * Return of Service on Page 2 * * *

```
               ZAPATA, CARLOS                                W5037420                    PAGE 2
          Commonwealth of Massachusetts - Criminal Justice Information System
               Trial Court of Massachusetts - Warrant Management System
     Pursuant to Massachusetts General Laws ch.276 s.23A this is a TRUE WARRANT on
     the person named herein as contained in the Warrant Management System and
     printed via Criminal Justice Information System.

     TO ANY OFFICER AUTHORIZED TO SERVE CRIMINAL PROCESS:

               The court has ordered that the above warrant issue against the
               above defendant.

               Therefore you are hereby commanded to arrest the above named
               defendant and bring the defendant forthwith before this court
               to answer to the offense(s) listed above and to be dealt with
               according to law.

     Return of Service:  By virtue of this warrant, I certify that:

               _____ The defendant has been arrested as ordered by the court.
               _____ I am returning the warrant without service to the court.


     _____ _____ _____ _____
     Date of Arrest Signature of Person Title of Person  Department
                    Making Service      Making Service   If different
```