UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 01-MJ-00013-LPC |
| | ) |
| CARLOS ZAPATA, | ) |
| | ) |
| Defendant. | ) |

STATUS REPORT

In response to the Court's Order of February 25, 2005, the United States reports the above-captioned matter is still active and requests the matter remain open.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
JAMES D. HERBERT
Assistant U.S. Attorneys
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA   02210