AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

CARLOS ZAPATA

**WARRANT FOR ARREST**

CASE NUMBER: 01-M00013-LPC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  Carlos Zapata
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment   [ ] Information   [X] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him or her with (brief description of offense)
moving and traveling in interstate and foreign commerce with intent to avoid prosecution, custody and confinement after conviction under the laws of the Commonwealth of Massachusetts for the crimes of assault and battery with a dangerous weapon, armed assault in a dwelling, aggravated rape and breaking and entering in the nighttime, in violation of M.G.L. ch. 265, Sections 15A, 18A and 22, and of M.G.L. ch. 266, Section 16A, all crimes which are felonies under the laws of the Commonwealth of Massachusetts from which said Carlos Zapata has fled.

in violation of
Title                18              United States Code, Section(s) 1073

Lawrence P. Cohen
Name of Issuing Officer

Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

03-02-2001   Boston, Massachusetts
Date and Location

Bail fixed at $ _____  by _____
                                   Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
Fairfax Co., VA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| 030201 | | |
| DATE OF ARREST | USMS TF Agt Brian Manafort | |
| 081906 | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Carlos Zapata

ALIAS: 

LAST KNOWN RESIDENCE: 73 Harbor Street, Apt. 309, Salem, MA

LAST KNOWN EMPLOYMENT: 

PLACE OF BIRTH: 

DATE OF BIRTH: 09-06-1975

SOCIAL SECURITY NUMBER: 013 - 76 - 1877

HEIGHT: 5'9"   WEIGHT: 160 lbs.

SEX: Male   RACE: Black

HAIR: Black   EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: 

FBI NUMBER: 

COMPLETE DESCRIPTION OF AUTO: 

INVESTIGATIVE AGENCY AND ADDRESS: Massachusetts State Police, Essex County

District Attonrey's Office, Museum Place, 2 East India Square, Salem, MA  01970