UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) No. 01-MJ-00013-LPC
)
CARLOS ZAPATA )

DISMISSAL OF COMPLAINT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States hereby dismisses the complaint against Carlos Zapata. As grounds for the instant dismissal, the undersigned states that further prosecution of the within complaint at the present time would not be in the interests of justice, insofar as the defendant was arrested in Fairfax County, Virginia, on August 14, 2006.

Respectfully submitted,

_____
MICHAEL J. SULLIVAN
United States Attorney

JAMES D. HERBERT
Assistant U.S. Attorney

Leave To File Granted:

_____
United States Magistrate Judge

Date: _____